# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131798

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PHILLIP LEE LIPPERT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 131798
COA: 266746
Gratiot CC: 1970-000534

On order of the Court, the application for leave to appeal the June 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220